# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-9360 ODW(MANx) | Date | June 15, 2010 |
|---|---|---|---|
| Title | Menashi Cohen et al v. United Commercial Bank et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement; Order Discharging Court's Order to Show Cause [5] (Issued 6/1/10)

The Court is in receipt of the Plaintiffs' Response [6] filed June 9, 2010 to the Court's Order to Show Cause [5]. Accordingly, the Court's June 1, 2010 Order to Show Cause is hereby DISCHARGED.

The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, July 19, 2010 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |